## FREDERICK FALLEY *versus* GABRIEL GODFROY, SR.

JOURNAL ENTRIES (1816–21): *Journal 2:* (1) Rule to declare *p. 510; (2) appearance *p. 530; (3) motion to quash writ overruled, rule to plead *p. 531; (4) rule to file amended declaration *p. 548; (5) oyer of writ and declaration granted *p. 594; (6) rule to plead *p. 596; (7) motion for bill of particulars granted *p. 598; (8) plea filed *p. 598; (9) continued *p. 605; (10) order for bill of particulars rescinded, appearance *p. 681; (11) continued *p. 684. *Journal 3:* (12) Motion for bill of particulars *p. 61; (13) continuance denied, jurors *p. 217-a; (14) attendance of witness claimed *p. 217-b; (15) jury discharged until next day *p. 217-b; (16) jury trial, verdict *p. 217-d; (17) judgment *p. 242.
PAPERS IN FILE: (1) Precipe for summons; (2) summons and return; (3) deposition of Asher F. Cook; (4–5) subpoenas; (6) declaration; (7–8) subpoenas; (9) plea of non assumpsit; (10) subpoena; (11–12) precipes for subpoenas; (13) subpoena; (14–15) precipes for subpoenas; (16) subpoena;

(17) precipe for subpoena; (18) subpoena; (19) affidavit for continuance; (20) precipe for subpoena; (21–22) subpoenas; (23) affidavit for continuance; (24–25) precipes for subpoenas; (26) subpoena; (27) precipe for subpoena duces tecum; (28) subpoena duces tecum; (29) panel of jurors; (30) verdict; (31) precipe for ca. sa.; (32) bill of costs; (33) clerk's bill of fees; (34) statement of accounts "A"; (35) statement of accounts "B"; (36) statement of accounts "C"; (37) statement of accounts "D"; (38) statement of accounts "E"; (39) order "F-2"; (40) order "F-3"; (41) receipt for notes, etc., "G"; (42) statement of accounts "H"; (43) promissory note "I"; (44) statement of accounts.

Recorded in *Book A*, MS pp. 266–73.